UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-24413-CIV-MORENO

JORGE GUTIERREZ, ERNESTO NUEVO, CYNTHIA RECONDO, MANNFRED ARAUJO, RICARDO QUINONES, YOANNY RODRIGUEZ, JIMMY VAZQUEZ, and others similarly situated,

    Plaintiffs,

vs.

CABLE EQUIPMENT SERVICES, INC., and CHARLES F. APPELDOORN,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Defendants' Motion for Summary Judgment **(D.E. 41)**, filed **March 27, 2015**.

THE COURT has considered the motion, the response, the reply, and the pertinent portions of the record, and is otherwise fully advised in the premises. In accordance with the reasons stated in the Court's Order Granting Summary Judgement on **May 8, 2015**, it is

**ADJUDGED** that Counts I, II, and III are **DISMISSED** without prejudice, with leave to refile in the state court, if appropriate. Fed.R.Civ.P. 41(a)(1)(i). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record